UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03 CR 132 |
|---|---|---|
| | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| | ) | |
| HECTOR MCGURK  (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Bill of Indictment, filed in the above-referenced matter as to this defendant only.

FOR GOOD CAUSE SHOWN, the government's motion to dismiss is hereby GRANTED, without prejudice.

The Clerk is directed to certify copies of this order to defendant, to counsel for defendant, to the United States Attorney, the United States Marshals Office, and to the U.S. Probation Office.

It is so ordered.

Signed: August 9, 2007

Graham C. Mullen
United States District Judge